```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

CHIEU T. TRAN and SUONG TRAN,

                Plaintiffs,

vs.

                          Case No.   2:06-cv-77-FtM-33DNF

OLD REPUBLICAN NATIONAL TITLE
INSURANCE COMPANY,

                Defendant.
_____/

## ORDER

This matter comes before the Court on the parties' Joint Motion for Dismissal (Doc. # 9), which was filed on February 21, 2006.

The joint motion, signed by both parties, indicates that this cause should be dismissed with each side to bear their own costs and attorneys' fees.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Joint Motion for Dismissal (Doc. # 9) is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

(2) The Clerk is directed to enter judgment accordingly and close the file.

(3) The Clerk is directed to terminate all previously scheduled

deadlines and pending motions.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida, this <u>22nd</u> day of February, 2006.

                                        _____
                                        VIRGINIA M. HERNANDEZ COVINGTON
                                        UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record